Writ refused. There appears no error of law in the judgment complained of.

156 So.2d 606

**STATE of Louisiana**

**v.**

**Ronnie M. MOORE.**

**No. 46930.**

Oct. 10, 1963.

In re: Ronnie M. Moore applying for writs of mandamus, certiorari and prohibition.

Writs refused. We find no error of law in the rulings of the District Court.

McCALEB, J., is of the opinion that writs should be granted.

156 So.2d 606

**STATE of Louisiana**

**v.**

**Joseph FORET, Jr.**

**No. 46962.**

Oct. 10, 1963.

In re: Joseph Foret, Jr., applying for writs of certiorari, prohibition and mandamus.

Writs denied. No perfected bill of exception in the record. See Art. 499, Code of Cr.Procedure, LSA–R.S. 15:499, and State v. Richardson, 220 La. 338, 56 So.2d 568. Moreover there appears no error patent on the fact of the record.